**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6534**

---

HUGO TENAUD,

                                        Petitioner - Appellant,

        versus

D. SCOTT DODRILL, Warden, LSCI Butner,
Butner, NC,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-49-BO)

---

Submitted:  October 18, 2002        Decided:  October 31, 2002

---

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Hugo Tenaud, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Hugo Tenaud appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition, construing the petition as a 28 U.S.C. § 2255 (2000) motion, and dismissing it as successive. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Tenaud v. Dodrill, No. CA-02-49-BO (E.D.N.C. Jan. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2